Wheeler v BrandSafway Indus., LLC (2025 NY Slip Op 03889)

Wheeler v BrandSafway Indus., LLC

2025 NY Slip Op 03889

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

311 CA 24-01227

[*1]BRYAN WHEELER, PLAINTIFF-APPELLANT-RESPONDENT,
v
BRANDSAFWAY INDUSTRIES, LLC, DEFENDANT-RESPONDENT, NEW YORK POWER AUTHORITY, MAID OF THE MIST CORPORATION, MAID OF THE MIST ENTERPRISES, INC., AND MAID OF THE MIST HOSPITALITY, LLC, DEFENDANTS-RESPONDENTS-APPELLANTS. (APPEAL NO. 3.) 

COLLINS & COLLINS ATTORNEYS, LLC, BUFFALO (ETHAN W. COLLINS OF COUNSEL), FOR PLAINTIFF-APPELLANT-RESPONDENT. 
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (NORMAN B. VITI, JR., OF COUNSEL), FOR DEFENDANT-RESPONDENT.
HURWITZ & FINE, P.C., BUFFALO (DAVID R. ADAMS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS-APPELLANTS. 

 Appeal and cross-appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered July 24, 2024. The order, inter alia, directed the payment of $10,000 to plaintiff's counsel. 
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by vacating that part granting sanctions and as modified the order is affirmed without costs.
Same memorandum as in Wheeler v Brandsafway Indus., LLC ([appeal No. 1] — AD3d — [June 27, 2025] [4th Dept 2025]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court